UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MACK BUTLER

        Plaintiff,   2:11-CV-03470 (LGD)

        -against-

ROGER KLEBER and PATRICK RYAN,
in their individual capacities,

        Defendants

------------------------------------------------------------------X

## SPECIAL JURY QUESTIONS

### PART I
### PLAINTIFF'S CLAIM OF EXCESSIVE FORCE

1) Has plaintiff Mack Butler established by a preponderance of the evidence that he sustained physical injury through a use of force by **defendant Police Officer Roger Kleber**?

        _____ Yes      ✓ No

2) Has plaintiff Mack Butler established by a preponderance of the evidence that he sustained physical injury through a use of force by **defendant Police Officer Patrick Ryan**?

        _____ Yes      ✓ No

**YOU SHOULD ONLY ANSWER QUESTION 3 IF YOU ANSWERED "YES" TO QUESTION 1.**

3) Has the plaintiff Mack Butler established by a preponderance of the evidence that **defendant Police Officer Roger Kleber** used excessive force against him?

        _____ Yes      _____ No

**YOU SHOULD ONLY ANSWER QUESTION 4 IF YOU ANSWERED "YES" TO QUESTION 2.**

4) Has the plaintiff Mack Butler established by a preponderance of the evidence that **defendant Police Officer Patrick Ryan** used excessive force against him?

　　　　　　　　　　　　　　_____ Yes　　　　　　　_____ No

*PART II*
*DAMAGES*

**YOU SHOULD ONLY ANSWER THE QUESTIONS BELOW IF YOU ANSWERED YES TO QUESTIONS 3 AND/OR 4.**

A. *Compensatory Damages*

5) If you answered "yes" to question 3, state in dollars the amount of compensatory damages, if any, you wish to award plaintiff Mack Butler against **defendant Police Officer Roger Kleber**.

　　$_____

6) If you answered "yes" to question 4, state in dollars the amount of compensatory damages, if any, you wish to award plaintiff Mack Butler against **defendant Police Officer Patrick Ryan**.

　　$_____

B. *Nominal Damages*

**YOU SHOULD ONLY ANSWER THE QUESTIONS BELOW IF (1) YOU ANSWERED YES TO QUESTIONS 3 AND/OR 4, AND (2) YOU DID NOT AWARD PLAINTIFF ANY COMPENSATORY DAMAGES IN RESPONSE TO QUESTIONS 5 AND/OR 6.**

7) Should the plaintiff Mack Butler be awarded nominal damages in the sum of $1.00 on his federal civil rights claims against **defendant Police Officer Roger Kleber**?

　　　　　　　　　　　　_____ Yes　　　　　　　　_____ No

8) Should the plaintiff Mack Butler be awarded nominal damages in the sum of $1.00 on his federal civil rights claims against **defendant Police Officer Patrick Ryan**?

_____Yes            _____No

### C. *Punitive Damages*

**YOU SHOULD ONLY ANSWER THE QUESTIONS BELOW IF YOU ANSWERED YES TO QUESTIONS 3 AND/OR 4.**

9) If you answered "yes" to question 3, state in dollars the amount of punitive damages, if any, you wish to award plaintiff Mack Butler against **defendant Police Officer Roger Kleber**.

$_____

10) If you answered "yes" to question 4, state in dollars the amount of punitive damages, if any, you wish to award plaintiff Mack Butler against **defendant Police Officer Patrick Ryan**.

$_____

**YOUR FOREPERSON IS TO SIGN AND DATE THIS VERDICT FORM AND ADVISE THE COURTROOM DEPUTY THAT A VERDICT HAS BEEN REACHED.**

SIGNED: *[signature]*

DATE: 8/9/2023